**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

In re: §
  §
HOWARD, TONY E, SR. § Case No. 11-50062
HOWARD, TARAJEE M §
  §
    Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE COURT
    219 S. Dearborn
    Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 09/28/2012 in Courtroom 201,
    Will County Court Annex Building
    57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/28/2012    By: /s/ Michael G. Berland
                   Trustee

*MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HOWARD, TONY E, SR. § Case No. 11-50062
HOWARD, TARAJEE M §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 9,209.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 9,209.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,670.90 | $ 0.00 | $ 1,670.90 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,670.90 |
| Remaining Balance | | $ | 7,538.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Certificate of Notice    Page 3 of 6

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,242.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Sprint Nextel Correspondence Attn Bankruptcy Dept PO Box 7949 Overland Park KS 66207-0949 | $ 503.86 | $ 0.00 | $ 178.80 |
| 000003 | Sallie Mae Inc, On Behalf Of The Department of Education DOE P.O. Box 740351 Atlanta, GA 30374-0351 | $ 10,567.22 | $ 0.00 | $ 3,749.96 |
| 000004 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 2,951.90 | $ 0.00 | $ 1,047.53 |
| 000005 | Toyota Motor Credit Corporation (TMCC) PO BOX 8026 Cedar Rapids, Iowa 52408-8026 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | CitiFinancial, Inc P.O. Box 6042 Sioux Fall, SD 57117-6042 | $ 7,219.04 | $ 0.00 | $ 2,561.81 |

Total to be paid to timely general unsecured creditors    $    7,538.10

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                      Case No. 11-50062-BWB
Tony E Howard, Sr.                                          Chapter 7
Tarajee M Howard
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: froman              Page 1 of 2         Date Rcvd: Aug 29, 2012
                              Form ID: pdf006           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2012.
db/jdb        +Tony E Howard, Sr.,    Tarajee M Howard,    236 Claridge Cir.,    Bolingbrook, IL 60440-6190
18252239       Bluegreen Corp.,    Bankruptcy Department,    PO Box 810937,    Boca Raton, FL 33481-0937
18252230      +CBNA,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
18252237      +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
18252225      +Chase,    Attn: Bankruptcy Dept.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
18925174       CitiFinancial, Inc,    P.O. Box 6042,    Sioux Fall, SD 57117-6042
18252234      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18252235      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18252233      +ISPC,    Attn: Bankruptcy Dept.,    1115 Gunn Hwy,    Odessa, FL 33556-5328
18252231      +Mcydsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
18252240      +OneMain,    Attn: Bankruptcy Dept.,    PO BOX 499,    Hanover, MD 21076-0499
18507289       Sallie Mae Inc, On Behalf Of The,    Department of Education,    DOE,    P.O. Box 740351,
                Atlanta, GA 30374-0351
18252222      +TD Auto Finance,    Attn: Bankruptcy Dept.,    5225 Crooks Rd Ste 140,    Troy, MI 48098-2823
18281199      +TD Auto Finance L.L.C.,    c/o Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,
                St. Louis, MO 63105-1960
18252224      +TEMPUS RSRTS/TEMPUS PA,    Attn: Bankruptcy Dept.,    5422 Carrier Dr Ste 100,
                Orlando, FL 32819-8323
18378444      +The Independant Saving Plan Company dba ISPC,    Michael D Ginsberg, Esquire,
                1115 Gunn Highway, Suite 100,    Odessa, FL 33556-5328
18727042       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
18252236      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18252227      +E-mail/PDF: pa_dc_ed@salliemae.com Aug 30 2012 02:51:20     DEPT OF ED/SALLIE MAE,
                Attn: Bankruptcy Dept.,    Po Box 9635,    Wilkes-Barre, PA 18773-9635
18542829       E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2012 03:41:38     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18252232      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2012 02:36:32     GEMB/JCP,    Attn: Bankruptcy Dept.,
                Po Box 984100,    El Paso, TX 79998-4100
18399978       E-mail/Text: appebnmailbox@sprint.com Aug 30 2012 01:59:36     Sprint Nextel  Correspondence,
                Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
18399979       E-mail/Text: appebnmailbox@sprint.com Aug 30 2012 01:59:37     Sprint Nextel Distribution,
                Attn: Bankruptcy Dept,    P.O. Box 3326,    Englewood, CO 80155-3326
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18252238*     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
18252226*     +CHASE,    Attn: Bankruptcy Dept.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
18252228*     +DEPT OF ED/SALLIE MAE,    Attn: Bankruptcy Dept.,    Po Box 9635,    Wilkes-Barre, PA 18773-9635
18252229*     +DEPT OF ED/SALLIE MAE,    Attn: Bankruptcy Dept.,    Po Box 9635,    Wilkes-Barre, PA 18773-9635
18507290*      Sallie Mae Inc, On Behalf Of The,    Department of Education,    DOE,    P.O. Box 740351,
                Atlanta, GA 30374-0351
18252223*     +TD AUTO Finance,    Attn: Bankruptcy Dept.,    5225 Crooks Rd Ste 140,    Troy, MI 48098-2823
                                                                                           TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2012**                         **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: froman               Page 2 of 2                   Date Rcvd: Aug 29, 2012
                               Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2012 at the address(es) listed below:
```
          Alex   Wilson    on behalf of Debtor Tony Howard ndil@geracilaw.com
          Christopher R Murphy    on behalf of Creditor  Wells Fargo Bank, National Association as Trustee
           cmurphy@fisherandshapirolaw.com,  BK_IL_Notice@fisherandshapirolaw.com
          Dana N O'Brien    on behalf of Creditor  JPMorgan Chase Bank National Association
           dobrien@atty-pierce.com,  northerndistrict@atty-pierce.com
          Kathryn A Klein    on behalf of Creditor  TD Auto Finance LLC  f/k/a Chrysler Financial Services
           Americas, L.L.C. iln@riezmanberger.com
          Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```